**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ST. LOUIS COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, STARR INDEMNITY & LIABILITY COMPANY, SCOTTSDALE INSURANCE COMPANY, ALLIED WORLD INSURANCE COMPANY, VANTAPRO SPECIALTY INSURANCE COMPANY, and GEMINI INSURANCE COMPANY,<br><br>Defendants. | ) | Cause No.: 4:26-cv-001340 |

**<u>DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S CONSENT TO AND JOINDER IN NOTICE OF REMOVAL</u>**

Defendant Starr Indemnity & Liability Company ("Starr"), by and through undersigned counsel, consents to, joins in, and adopts the Notice of Removal filed in this Court by Defendant Scottsdale Insurance Company ("Scottsdale") on August 21, 2026, and states as follows:

1. This action was originally filed in the Circuit Court of St. Louis County, Missouri, captioned *St. Louis County v. Lexington Insurance Company, et al.*, case number 26SL-CC04368 (the "State Court Action").

2. Defendant Scottsdale Insurance Company filed a Notice of Removal in this Court on August 21, 2026, pursuant to 28 U.S.C. §§ 1441 and 1446. The same day, Scottsdale filed a Notice of Filing Notice of Removal in the State Court Action.

3. Starr has been properly joined in this State Court Action in that Starr was served with process through the Director of the Missouri Department of Commerce and Insurance pursuant to Mo. Rev. Stat. § 375.906 and Missouri Supreme Court Rule 54.15, on August 21, 2026.

4. Pursuant to 28 U.S.C. § 1446(b)(2)(A), when a civil action is removed solely under 28 U.S.C. § 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action. Section 1446(b)(2)(C) further provides that if defendants are served at different times, and a later-served defendant files a notice of removal, any earlier served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal.

5. Starr consents to the removal of this action to this Court, joins in the Notice of Removal filed by Scottsdale, and adopts and incorporates by reference the grounds for removal set out in Scottsdale's Notice as if fully set forth herein.

6. Starr requests that this Court take jurisdiction of this action and that all further proceedings be had in this Court.

WHEREFORE, Defendant Starr Indemnity & Liability Company respectfully consents to, joins in, and adopts the Notice of Removal filed in this Court and requests that this action proceed exclusively in this Court.

Respectfully submitted,

**WATTERS WOLF BUB HANSMANN, LLC**

*/s/ Lucas J. Ude*
Lucas J. Ude, MO #66288
Christine Lesicko, MO #64986
600 Kellwood Parkway, Suite 120
St. Louis, MO 63017
(636) 798-0570 – Phone
(636) 798-0693 – Fax
lude@wwbhlaw.com
clesicko@wwbhlaw.com
*Attorneys for Defendant Starr Indemnity & Liability Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2026, the above and foregoing was filed using the Court's e-filing system, and a copy was served via email on all counsel of record

*/s/ Lucas J. Ude*